IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 8:24-cr-00251 (GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **RUDEE UREY,** | ) Violation:  8 U.S.C. § 1326(a) & (b)(1) |
| | )            [Illegal Re-entry] |
| Defendant. | ) |
| | ) 1 Count |
| | ) |
| | ) County of Offense:   Clinton |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 23 - 2024
John M. Domurad, Clerk

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Illegal Re-entry]**

On or about April 24, 2024, in Clinton County in the Northern District of New York, the defendant, **RUDEE UREY**, an alien, native and citizen of Liberia, who had departed the United States while an order of removal was outstanding, was thereafter found in the United States near Mooers Forks, New York, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a). The defendant's removal from the United States was subsequent to a conviction for commission of a felony, in violation of Title 8, United States Code, Section 1326(b)(1).

Dated:   May 23, 2024

A TRUE BILL.

Grand Jury Foreperson   ***Name Redacted

CARLA B. FREEDMAN
United States Attorney

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952